# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00214(1)-ADA |
| | § | |
| (1) SANTIAGO COPADO-IRINEO | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 22, 2025, wherein the defendant (1) SANTIAGO COPADO-IRINEO waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SANTIAGO COPADO-IRINEO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) SANTIAGO COPADO-IRINEO's plea of guilty to Count One (1) is accepted.

    Signed this 16th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE